UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A GRAND JURY INVESTIGATION OF FACEBOOK ACCOUNTS | CASE NUMBER  17-mc-00029<br><br>**ORDER TO EXTEND**<br>**ORDER TO SEAL** |

The United States having moved this Court for an order sealing this matter, and good cause having been shown therefor, it is hereby

ORDERED that this matter be sealed for 180 days to be automatically unsealed by the Clerk of Courts thereafter unless otherwise ordered by the Court.

Dated this 22nd day of October, 2018.

BY THE COURT:

_____
Daneta Wollmann
United States Magistrate Judge